DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Facsimile: (415) 554-3837

Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| XI TAO WU, | Case No. C 04-4697 MHP |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF CASE IN ITS ENTIRETY** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

THE PARTIES HEREBY JOINTLY REQUEST AND STIPULATE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the court dismiss with prejudice plaintiff's complaint in its entirety.  Each party shall bear its own costs and fees.

Dated: 10/27/06

By: ___s/_____
    Andrew Schwartz, Esq.
    Casper, Meadows & Schwartz,
    Attorney for Plaintiff

Dated: 9/29/06

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Attorney
    BLAKE P. LOEBS
    Deputy City Attorney

By: ___s/_____
    BLAKE P. LOEBS

    Attorneys for Defendants
    DEFENDANT CITY AND COUNTY OF SAN FRANCISCO, Alex Fagan, Sr.,(In His Official Capacity Only), Heather Fong, (In Her Official Capacity Only), John Torrise and John Ferrando

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/29/06

_____
MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE